# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: ROBERT W. LEHMAN** | : | **CHAPTER 13** |
| | : | |
| **Debtor(s)** | : | **BANKRUPTCY NO. 25-10894** |

## AMENDED CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Debtor's 2nd Amended Plan by ECF, email or mail as indicated below on this 14th day of July 2025:

Kenneth West, Trustee
ECF

US Trustee
ECF

Portfolio Recovery Associates, LLC
Bankruptcy_Info@prareceivables.com

Santander Consumer USA Inc.
BK_POCTeam@santanderconsumerusa.com

Internal Revenue Service
John Lindinger, Esquire
John.f.lindinger@irs.gov

JPMorgan Chase, N.A.
pocquestions@nbsdefaultservcies.com

Merrick Bank
c/o Resurgent Capital Services
askbk@resurgent.com

American Express National Bank
Becket and Lee, LLP
Proofofclaim@becket-lee.com

Jefferson Capital Systems, LLC
Bankruptcy@JCAP.com

Discover Bank
mrdiscpc@discover.com

Philadelphia Gas Works
Holly.cullen@pgworks.com

Mariner Finance, LLC
Bstallworth@marinerfinance.com

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors

Dated: July 14, 2025